# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: DONNELLI, JAMES JOSEPH  § Case No. 12-83860
DONNELLI, SHEANNA MARIE § 
 §
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 11, 2012. The undersigned trustee was appointed on November 14, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts from James' estate of   $ 65,000.00

(which represents 43% of the total estate)

And the gross receipts from Sheanna's estate of   $ 87,000.00
(which represents 57% of the total estate)

Total receipts of   $ 152,000.00

Funds were disbursed in the following amounts:
Payments made under an
 interim distribution   0.00
Administrative expenses   69,425.16
Bank service fees   29.15
Other payments to creditors   0.00
Non-estate funds paid to 3rd Parties   0.00
Exemptions paid to James   15,000.00
Exemptions paid to Sheanna   18,000.00

Leaving a balance on hand of[1]   $ 49,545.69

The remaining funds are available for distribution.

UST Form 101-7-TFR (05/1/2011)

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The post-petition interest to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/19/2013 and the deadline for filing governmental claims was 05/20/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,856.43. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,856.43, for a total compensation of $8,856.43.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $275.83, for total expenses of $275.83.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/17/2017        By:/s/JOSEPH D. OLSEN
                        Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

1 If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (05/1/2011)

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number: 12-83860
Case Name: DONNELLI, JAMES JOSEPH
DONNELLI, SHEANNA MARIE
Period Ending: 08/17/17

Trustee: (330400) JOSEPH D. OLSEN
Filed (f) or Converted (c): 10/11/12 (f)
§341(a) Meeting Date: 11/15/12
Claims Bar Date: 02/19/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at 5027 Wil Acre Drive, Love | 190,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 10.00 | 0.00 | | 0.00 | FA |
| 3 | Savings account at Heritage Credit Union | 25.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account at Riverside Community Bank | 25.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. household goods and furnishing | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Sporting equipment | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Term life insurance policy with Liberty Mutual n | 1.00 | 0.00 | | 0.00 | FA |
| 10 | Term life insurance policy with Liberty Mutual n | 1.00 | 0.00 | | 0.00 | FA |
| 11 | Term life insurance policy through employer | 1.00 | 0.00 | | 0.00 | FA |
| 12 | 401k vesting pesion through current employer | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Rockford Memorial and Dr. Joseph Stewart Obgyn & | Unknown | 467,000.00 | | 152,000.00 | FA |
| 14 | 2004 Cadillac SRX | 6,000.00 | 0.00 | | 0.00 | FA |
| 15 | 1 Dog | 50.00 | 0.00 | | 0.00 | FA |
| 15 | Assets Totals (Excluding unknown values) | $199,213.00 | $467,000.00 | | $152,000.00 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR): December 31, 2013

Current Projected Date Of Final Report (TFR): December 31, 2017

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-83860 | | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|---|
| Case Name: | DONNELLI, JAMES JOSEPH | | | Bank Name: | Rabobank, N.A. |
| | DONNELLI, SHEANNA MARIE | | | Account: | ******9666 - James' Checking Account |
| Taxpayer ID #: | **-***3747 | | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/17/17 | | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/24/17 | {13} | ISMIE Mututal Insurance Company | settlement per order to compromise | 1129-000 | 65,000.00 | | 65,000.00 |
| 07/26/17 | 101 | Clifford Law Offices PC | per court order 06/07/2017 | 3210-600 | | 21,666.67 | 43,333.33 |
| 07/26/17 | 102 | Clifford Law Offices PC | per court order 06/07/2017 | 3220-610 | | 7,620.64 | 35,712.69 |
| 07/26/17 | 103 | James Donnelli | per court order 06/17/2017 | 8100-002 | | 15,000.00 | 20,712.69 |
| | | | ACCOUNT TOTALS | | 65,000.00 | 44,287.31 | $20,712.69 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 65,000.00 | 44,287.31 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | NET Receipts / Disbursements | | $65,000.00 | $29,287.31 | |

Asset reference(s)

Printed: 08/17/2017 10:57 AM    V.13.30

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-83860 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | DONNELLI, JAMES JOSEPH | | Bank Name: | Rabobank, N.A. |
| | DONNELLI, SHEANNA MARIE | | Account: | ******9667 - Sheanna's Checking Accoun |
| Taxpayer ID #: | **-***3747 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/17/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/24/17 | {13} | ISMIE Mutual Insurance Company | settlement per order in compromise | 1129-000 | 87,000.00 | | 87,000.00 |
| 07/26/17 | 101 | Clifford Law Offices PC | per court order 06/07/2017 | 3210-600 | | 29,000.00 | 58,000.00 |
| 07/26/17 | 102 | Clifford Law Offices PC | per court order 06/07/2017 | 3220-610 | | 11,137.85 | 46,862.15 |
| 07/26/17 | 103 | Sheanna Donnelli | per court order 06/07/2017 | 8100-002 | | 18,000.00 | 28,862.15 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.15 | 28,833.00 |
| | | | ACCOUNT TOTALS | | 87,000.00 | 58,167.00 | $28,833.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 87,000.00 | 58,167.00 | |
| | | | Less: Payments to Debtors | | | 18,000.00 | |
| | | | NET Receipts / Disbursements | | $87,000.00 | $40,167.00 | |

| | | |
|---|---|---|
| Net Receipts : | 152,000.00 | |
| Less Payments to Debtor : | 33,000.00 | |
| Net Estate : | $119,000.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9666 | 65,000.00 | 29,287.31 | 20,712.69 |
| Checking # ******9667 | 87,000.00 | 40,167.00 | 28,833.00 |
| | $152,000.00 | $69,454.31 | $49,545.69 |

{} Asset reference(s)

Printed: 08/17/2017 10:57 AM V.13.30

**Exhibit "C" – Analysis of Sheanna Donnelli's Claims Register including any joint claims**
**Case: 12-83860   DONNELLI, JAMES J & SHEANNA M**

**Case Balance for Sheanna: $28,833.00    Total Proposed Payments: $28,833.00    Remaining Balance: $0.00**

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid To Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 13 | Sheanna Donnelli | Secured | 18,000.00 | 18,000.00 | 18,000.00 | 0.00 | 0.00 | 28,833.00 |
|  | Attorney Joseph D Olsen Attorney for Trustee (3110) | Admin Chpt 7 | 1,660.13 | 1,660.13 | 0.00 | 1,660.13 | 1,660.13 | 27,172.87 |
|  | Joseph D. Olsen Trustee expenses (2200) | Admin Chpt 7 | 157.22 | 157.22 | 0.00 | 157.22 | 157.22 | 27,015.65 |
|  | Joseph D Olsen Trustee Compensation (2100) | Admin Chpt 7 | 6,356.43 | 6,356.43 | 0.00 | 6,356.43 | 6,356.43 | 20,659.22 |
|  | Clifford Law Offices PC Special Counsel for Trustee Fees (3210-60) | Admin Chpt 7 | 29,000.00 | 29,000.00 | 29,000.00 | 0.00 | 0.00 | 20,659.22 |
|  | Clifford Law Offices PC Special Counsel for Trustee Expenses (3220-61) | Admin Chpt 7 | 11,137.85 | 11,137.85 | 11,137.85 | 0.00 | 0.00 | 20,659.22 |
| 1 | Discover Bank | Unsecured | 1,314.27 | 1,314.27 | 0.00 | 1,314.27 | 1,314.27 | 19,344.95 |
| 4 | Quantum3 Group LLC | Unsecured | 4,194.10 | 4,194.10 | 0.00 | 4,194.10 | 4,194.10 | 15,150.85 |
| 5 | Capital One Bank (USA) | Unsecured | 839.83 | 839.83 | 0.00 | 839.83 | 839.83 | 14,311.02 |
| 6 | Capital One Bank N.A. | Unsecured | 1,237.37 | 1,237.37 | 0.00 | 1,237.37 | 1,237.37 | 13,073.65 |
| 8 | LVNV Funding LLC | Unsecured | 869.09 | 869.09 | 0.00 | 869.09 | 869.09 | 12,204.56 |
| 9 | American Info Source LP | Unsecured | 310.91 | 310.91 | 0.00 | 310.91 | 310.91 | 11,893.65 |
| 1I | Discover Bank | Unsecured | 11.17 | 11.17 | 0.00 | 11.17 | 11.17 | 11,882.48 |
| 4I | Quantum3 Group LLC | Unsecured | 35.65 | 35.65 | 0.00 | 35.65 | 35.65 | 11,846.83 |
| 5I | Capital One Bank (USA) | Unsecured | 7.14 | 7.14 | 0.00 | 7.14 | 7.14 | 11,839.69 |
| 6I | Capital One Bank N.A. | Unsecured | 10.52 | 10.52 | 0.00 | 10.52 | 10.52 | 11,829.17 |
| 8I | LVNV Funding LLC | Unsecured | 7.39 | 7.39 | 0.00 | 7.39 | 7.39 | 11,821.78 |
| 9I | American Info Source LP | Unsecured | 2.64 | 2.64 | 0.00 | 2.64 | 2.64 | 11,819.14 |
|  | **Joint claims from Sheanna's funds (100% to unsecured)** |  |  |  |  |  |  |  |
| 11 | PNC Mortgage | Secured | 171,459.77 | 0.00 | 0.00 | 0.00 | 0.00 | 11,819.14 |
| 3 | Portfolio Investments II LLC | Unsecured | 4,786.56 | 4,786.56 | 0.00 | 4,786.56 | 4,786.56 | 7,032.58 |
| 7 | NiCor Gas | Unsecured | 119.49 | 119.49 | 0.00 | 119.49 | 119.49 | 6,913.09 |
| 3I | Portfolio Investments II LLC | Unsecured | 40.69 | 40.69 | 0.00 | 40.69 | 40.69 | 6,872.40 |
| 7I | NiCor Gas | Unsecured | 1.02 | 1.02 | 0.00 | 1.02 | 1.02 | 6,871.38 |
|  | Sheanna Donnelli (8200-00) | Unsecured | 6,871.38 | 6,871.38 | 0.00 | 6,871.38 | 6,871.38 | 0.00 |

## Exhibit "C" – Analysis of James Donnelli's Claims Register
### Case: 12-83860   DONNELLI, JAMES J & SHEANNA M

**Case Balance for James: $20,712.69**   **Total Proposed Payments: $20,712.69**   **Remaining Balance: $0.00**

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid To Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 12 | James Donnelli | Secured | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 | 0.00 | 20,712.69 |
|  | Attorney Joseph D Olsen Attorney for Trustee (3110) | Admin Chpt 7 | 1,252.37 | 1,252.37 | 0.00 | 1,252.37 | 1,252.37 | 19,460.32 |
|  | Joseph D. Olsen Trustee expenses (2200) | Admin Chpt 7 | 118.61 | 118.61 | 0.00 | 118.61 | 118.61 | 19,341.71 |
|  | Joseph D Olsen Trustee Compensation (2100) | Admin Chpt 7 | 2,500.00 | 2500.00 | 0.00 | 2,500.00 | 2,500.00 | 16,841.71 |
|  | Clifford Law Offices PC Special Counsel for Trustee Fees (3210-60) | Admin Chpt 7 | 21,666.67 | 21,666.67 | 21,666.67 | 0.00 | 0.00 | 16,841.71 |
|  | Clifford Law Offices PC Special Counsel for Trustee Expenses (3220-61) | Admin Chpt 7 | 7,620.64 | 7,620.64 | 7,620.64 | 0.00 | 0.00 | 16,841.71 |
| 2 | Discover Bank | Unsecured | 11,194.60 | 11,194.60 | 0.00 | 11,194.60 | 11,194.60 | 5,647.11 |
| 10 | eCast Settlement | Unsecured | 16,816.63 | 16,816.63 | 0.00 | 16,816.63 | 5,647.11 | 0.00 |

### JOINT CASE (ESTATES) SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims: | $81,469.92 | $81,469.92 | $69,425.16 | $12,044.76 | 100.00000% |
| Total Secured Claims: | $204,459.77 | $33,000.00 | $33,000.00 | $0.00 | 16.1401% |
| Total Unsecured Claims: | $41,682.85 | $41,682.85 | $0.00 | $30,513.33 | 73.2036% |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-83860
Case Name: DONNELLI, JAMES JOSEPH
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:** $ 49,545.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 11 | PNC Mortgage | 171,459.77 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 49,545.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment of 47% from James | Proposed payment of 53% from Sheanna |
|---|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 8,856.43 | 0.00 | 2,500.00 | 6,356.43 |
| Trustee, Expenses - JOSEPH D. OLSEN | 275.83 | 0.00 | 118.61 | 157.22 |
| Attorney for Trustee, Fees - Attorney Joseph D Olsen | 2,912.50 | 0.00 | 1,252.37 | 1,660.13 |
| Other Fees: Clifford Law Offices (James' account) | 21,666.67 | 21,666.67 | 0.00 | 0.00 |
| Other Expenses: Clifford Law Offices (James' account) | 7,620.64 | 7,620.64 | 0.00 | 0.00 |
| Other Fees: Clifford Law Office (Sheanna's account) | 29,000.00 | 29,000.00 | 0.00 | 0.00 |
| Other Expenses: Clifford Law Office (Sheanna's account) | 11,137.85 | 11,137.85 | 0.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 12,044.76
Remaining balance: $ 37,500.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment | |
|---|---|---|---|---|
| None | | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 37,500.93

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 37,500.93

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,866.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100% with no interest on claims against James' estate and 100% plus interest of 0.170% on claims against Sheanna's estate and claims owed by both Debtors.

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment James' account (100%) | Proposed payment Sheanna's account (100%) |
|---|---|---|---|---|---|
| 1 | Discover Bank | 1,314.27 | 0.00 | 0.00 | 1,314.27 |
| 2 | Discover Bank | 11,194.60 | 0.00 | 11,194.60 | 0.00 |
| 3 | Portfolio Investments II LLC | 4,786.56 | 0.00 | 0.00 | 4,786.56 |
| 4 | Quantum3 Group LLC as agent for | 4,194.10 | 0.00 | 0.00 | 4,194.10 |
| 5 | Capital One Bank (USA), N.A. | 839.83 | 0.00 | 0.00 | 839.83 |
| 6 | Capital One, N.A. | 1,237.37 | 0.00 | 0.00 | 1,237.37 |
| 7 | Nicor**** | 119.49 | 0.00 | 0.00 | 119.49 |
| 8 | LVNV Funding, LLC its successors and assigns as | 869.09 | 0.00 | 0.00 | 869.09 |
| 9 | American InfoSource LP as agent for | 310.91 | 0.00 | 0.00 | 310.91 |

Total to be paid for timely general unsecured claims: $ 24,866.22
Remaining balance: $ 12,634.71

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 16,816.63 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 33.5719% percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment James' account (33.5719%) | Proposed payment Sheanna's account (100%) |
|---|---|---|---|---|---|
| 10 | eCast Settlement Corporation | 16,816.63 | 0.00 | 5,647.11 | 0.00 |
| | | | | | |

Total to be paid for tardy general unsecured claims: $ 5,647.11
Remaining balance: $ 6,987.60

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 6,987.60

To the extent funds remain after payment in full of all allowed claims, interest will paid at the legal rate of 0.1700% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $116.22. The amounts proposed for payment to each claimant, listed above against the Estate of Sheanna Donnelli or James & Sheanna Donnelli jointly, shall be increased to include the applicable interest.

The amount of surplus returned to the debtors after payment of all claims and interest is $6,871.38.

UST Form 101-7-TFR (05/1/2011)

Prepared by: /s/ JOSEPH D. OLSEN, Trustee

JOSEPH D. OLSEN
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
JOlsenlaw@comcast.net

STATEMENT: this Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (05/1/2011)