UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| JAMES J. DONNELLI and | § | |
| SHEANNA M. DONNELLI, | § | Case Number: 12-83860 |
| | § | |
| Debtors. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 4, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Brian Hart
2222 East State Street Suite 107
Rockford, IL 61104

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

ASSOCIATED BANK
1305 Main Street
Stevens Point, WI 54481-2898

Accounts Receivable Management
7834 N. 2nd St. Ste 5
Machesney Park, IL 61115-2871

Allied Interstate
P.O. Box 1954
Southgate, MI 48195-0954


Allstate
4855 E State St/19
Rockford, IL 61108-2260

Ann & Robert H. Lurie
Children's Hospital of Chicago
PO Box 4066
Carol Stream, IL 60197-4066

Bill Me Later
P.O. Box 5018
Timonium, MD 21094-5018


CLIENT SERVICES, INC.
3451 Harry S. Truman Blvd.
St. Charles, MO 63301-9816

Capital One
PO BOX 5253
Carol Stream, IL 60197-5253

CASHCALL INC
17360 BROOKHURST STREET
FOUNTAIN VALLEY, CA 92708-3720


Chase
PO Box 15298
Wilmington, DE 19850-5298

Citicards CBNA
PO BOX 6241
Sioux Falls, SD 57117-6241

Comcast Cable
POB 3002
Southeastern, PA 19398-3002


Comed
3 Lincoln Center
Attn" Bankruptcy Group-Claims Dept
Oakbrook Terrace, IL 60181-4204

Comenity Bank
POB 182125
Columbus, OH 43218-2125

Convergent Outsourcing
800 SW 39th Street
PO Box 9004
Renton, WA 98057-9004


Credit One Bank
P.O. BOX 98872
Las Vegas, NV 89193-8872

Creditors' Protection Service
308 W. State Street, Suite 485
PO Box 4115
Rockford, IL 61110-0615

DIRECTV
Customer Service
P.O. Box 29079
Glendale, CA 91209-9079


DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY, OH 43054-3025

Echelon Recovery Inc.
PO Box 1880
Voorhees, NJ 08043-7880

First Merit Bank
295 First Merit Circle
Akron, OH 44307


First Premier
3820 N Louise Ave
Sioux Falls, SD 57107-0145

GECRB/Lowes
P.O. Box 965005
Orlando, FL 32896-5005

HSBC Card Services
PO Box 80084
Salinas, CA 93912-0084


Illinois Pathologist Services, LLC
P.O. Box 9846
Peoria, IL 61612-9846

Kohls/Capital One
PO BOX 3115
Milwaukee, WI 53201-3115

Malcolm S. Gerald & Associates, Inc
332 S. Michigan Avenue, Suite 514
Chicago, IL 60604-4318


Medical Commerical Audit
PO Box 480
High Ridge, MO 63049-0480

NCO Financial Systems
P.O. Box 17218
Wilmington, DE 19850-7218

Nicor****
Bk Dept
PO Box 549
Aurora, IL 60507-0549

North American Fishing Club
PO Box 3526
Hopkins, MN 55343-3526

OSF Healthcare
Common Business Office
PO Box 1806
Peoria, IL 61656-1806

OSF Lifeline Ambulance
318 Roxbury Rd.
Rockford, IL 61107-3148

OSF St. Anthony Medical Center
5510 East State Street
Rockford, IL 61108-2381

Orthopaedic Arthritis Clinic
C/O PBO, INC.
1235 N. Mulford Rd.
Rockford, IL 61107-3879

PEDIATRIC ASSOC OF RKFD
5727 Strathmoor Drive
Rockford, IL 61107-5181

PHYSICIANS IMMEDIATE CARE
PO Box 2176 Dept 5389
Milwaukee, WI 53201-2176

PNC Mortgage
3232 Newmark Dr.
Miamisburg, OH 45342-5433

ROCK RIVER WATER RECLAMATION
3333 Kishwaukee Street
P.O. Box 6207
Rockford, IL 61125-1207

ROCKFORD ANESTHESIOLOGISTS
PO BOX 4569
Rockford, IL 61110-4569

ROCKFORD GASTROENTEROLOGY
401 Roxbury Road
Rockford, IL 61107-5078

ROCKFORD MERCANTILE AGENCY
2502 S. Alpine Road
Rockford, IL 61108-7813

ROCKFORD SURGICAL SERVICE, S.C.
5668 E. State Street
Rockford, IL 61108-2464

Rockford Health Physicians
2300 N. Rockton Ave.
Rockford, IL 61103-3619

Rockford Radiology
P.O. Box 44370
Madison, WI 53744-4370

SCHNUCKS MARKETS INC.
P.O. Box 28429
St. Louis, MO 63146-0929

UNITED RECOVERY SYSTEMS
5800 North Course Drive
Houston, TX 77072-1613

Wfnnb/American
P.O. Box 182789
Columbus, OH 43218-2789

James Joseph Donnelli
5027 Wil Acre Drive
Loves Park, IL 61111-3623

Sheanna Marie Donnelli
5027 Wil Acre Drive
Loves Park, IL 61111-3623