**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: DONNELLI, JAMES JOSEPH         § Case No. 12-83860
       DONNELLI, SHEANNA MARIE        §
                                      §
Debtor(s)                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $199,213.00                 Assets Exempt: $68,613.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $30,629.55    Claims Discharged
                                               Without Payment: $0.00

Total Expenses of Administration: $81,499.07

---

   3) Total gross receipts of $   152,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   39,871.38  (see **Exhibit 2**), yielded net receipts of $112,128.62 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $171,459.77 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 81,499.07 | 81,499.07 | 81,499.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 41,799.07 | 30,629.55 | 30,629.55 |
| **TOTAL DISBURSEMENTS** | $0.00 | $294,757.91 | $112,128.62 | $112,128.62 |

4) This case was originally filed under Chapter 7 on October 11, 2012. The case was pending for 63 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2017            By: /s/JOSEPH D. OLSEN
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rockford Memorial and Dr. Joseph Stewart Obgyn & | 1129-000 | 152,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$152,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| James Donnelli | per court order 06/17/2017 | 8100-002 | 15,000.00 |
| Sheanna Donnelli | per court order 06/07/2017 | 8100-002 | 18,000.00 |
| Sheanna Donnelli | | 8200-002 | 6,871.38 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$39,871.38** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | PNC Mortgage | 4110-000 | N/A | 171,459.77 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$171,459.77** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 8,856.43 | 8,856.43 | 8,856.43 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 275.83 | 275.83 | 275.83 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 2,912.50 | 2,912.50 | 2,912.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Clifford Law Offices PC | 3210-600 | N/A | 21,666.67 | 21,666.67 | 21,666.67 |
| Other - Clifford Law Offices PC | 3220-610 | N/A | 7,620.64 | 7,620.64 | 7,620.64 |
| Other - Clifford Law Offices PC | 3210-600 | N/A | 29,000.00 | 29,000.00 | 29,000.00 |
| Other - Clifford Law Offices PC | 3220-610 | N/A | 11,137.85 | 11,137.85 | 11,137.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.15 | 29.15 | 29.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $81,499.07 | $81,499.07 | $81,499.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 1,314.27 | 1,314.27 | 1,314.27 |
| 1I | Discover Bank | 7990-000 | N/A | 11.17 | 11.17 | 11.17 |
| 2 | Discover Bank | 7100-000 | N/A | 11,194.60 | 11,194.60 | 11,194.60 |
| 3 | Portfolio Investments II LLC | 7100-000 | N/A | 4,786.56 | 4,786.56 | 4,786.56 |
| 3I | Portfolio Investments II LLC | 7990-000 | N/A | 40.69 | 40.69 | 40.69 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 4,194.10 | 4,194.10 | 4,194.10 |
| 4I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 35.65 | 35.65 | 35.65 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 839.83 | 839.83 | 839.83 |
| 5I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 7.14 | 7.14 | 7.14 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Capital One, N.A. | 7100-000 | N/A | 1,237.37 | 1,237.37 | 1,237.37 |
| 6I | Capital One, N.A. | 7990-000 | N/A | 10.52 | 10.52 | 10.52 |
| 7 | Nicor**** | 7100-000 | N/A | 119.49 | 119.49 | 119.49 |
| 7I | Nicor**** | 7990-000 | N/A | 1.02 | 1.02 | 1.02 |
| 8 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 869.09 | 869.09 | 869.09 |
| 8I | LVNV Funding, LLC its successors and assigns as | 7990-000 | N/A | 7.39 | 7.39 | 7.39 |
| 9 | American InfoSource LP as agent for | 7100-000 | N/A | 310.91 | 310.91 | 310.91 |
| 9I | American InfoSource LP as agent for | 7990-000 | N/A | 2.64 | 2.64 | 2.64 |
| 10 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 16,816.63 | 5,647.11 | 5,647.11 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $41,799.07 | $30,629.55 | $30,629.55 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83860  
**Case Name:** DONNELLI, JAMES JOSEPH  
DONNELLI, SHEANNA MARIE  
**Period Ending:** 12/19/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/11/12 (f)  
**§341(a) Meeting Date:** 11/15/12  
**Claims Bar Date:** 02/19/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at 5027 Wil Acre Drive, Love | 190,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 10.00 | 0.00 | | 0.00 | FA |
| 3 | Savings account at Heritage Credit Union | 25.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account at Riverside Community Bank | 25.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. household goods and furnishing | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Sporting equipment | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Term life insurance policy with Liberty Mutual n | 1.00 | 0.00 | | 0.00 | FA |
| 10 | Term life insurance policy with Liberty Mutual n | 1.00 | 0.00 | | 0.00 | FA |
| 11 | Term life insurance policy through employer | 1.00 | 0.00 | | 0.00 | FA |
| 12 | 401k vesting pesion through current employer | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Rockford Memorial and Dr. Joseph Stewart Obgyn & | Unknown | 467,000.00 | | 152,000.00 | FA |
| 14 | 2004 Cadillac SRX | 6,000.00 | 0.00 | | 0.00 | FA |
| 15 | 1 Dog | 50.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets** Totals (Excluding unknown values) | **$199,213.00** | **$467,000.00** | | **$152,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has engaged outside counsel to pursue a medical malpractice/wrongful death claim. The Trustee previously provided correspondence from outside counsel describing the litigation. The matter is currently set for trial on April 24, 2017. There is some hope that it will actually occur on that day as opposed to being continued. Once the verdict is entered the Trustee will try to wind up the file as soon as practical.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013        **Current Projected Date Of Final Report (TFR):** December 31, 2017

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-83860  
**Case Name:** DONNELLI, JAMES JOSEPH  
DONNELLI, SHEANNA MARIE  
**Taxpayer ID #:** **-***3747  
**Period Ending:** 12/19/17

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9666 - James' Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/24/17 | {13} | ISMIE Mututal Insurance Company | settlement per order to compromise | 1129-000 | 65,000.00 | | 65,000.00 |
| 07/26/17 | 101 | Clifford Law Offices PC | per court order 06/07/2017 | 3210-600 | | 21,666.67 | 43,333.33 |
| 07/26/17 | 102 | Clifford Law Offices PC | per court order 06/07/2017 | 3220-610 | | 7,620.64 | 35,712.69 |
| 07/26/17 | 103 | James Donnelli | per court order 06/17/2017 | 8100-002 | | 15,000.00 | 20,712.69 |
| 10/31/17 | | From Account #******9667 | Transfer balance of funds for final distributions | 9999-000 | 28,764.12 | | 49,476.81 |
| 11/01/17 | 104 | JOSEPH D. OLSEN | | 2100-000 | | 8,856.43 | 40,620.38 |
| 11/01/17 | 105 | JOSEPH D. OLSEN | | 2200-000 | | 275.83 | 40,344.55 |
| 11/01/17 | 106 | Attorney Joseph D Olsen | | 3110-000 | | 2,912.50 | 37,432.05 |
| 11/01/17 | 107 | Discover Bank | | 7100-000 | | 1,314.27 | 36,117.78 |
| 11/01/17 | 108 | Discover Bank | | 7990-000 | | 11.17 | 36,106.61 |
| 11/01/17 | 109 | Discover Bank | | 7100-000 | | 11,194.60 | 24,912.01 |
| 11/01/17 | 110 | Portfolio Investments II LLC | | 7100-000 | | 4,786.56 | 20,125.45 |
| 11/01/17 | 111 | Portfolio Investments II LLC | | 7990-000 | | 40.69 | 20,084.76 |
| 11/01/17 | 112 | Quantum3 Group LLC as agent for | | 7100-000 | | 4,194.10 | 15,890.66 |
| 11/01/17 | 113 | Quantum3 Group LLC as agent for | | 7990-000 | | 35.65 | 15,855.01 |
| 11/01/17 | 114 | Capital One Bank (USA), N.A. | | 7100-000 | | 839.83 | 15,015.18 |
| 11/01/17 | 115 | Capital One Bank (USA), N.A. | | 7990-000 | | 7.14 | 15,008.04 |
| 11/01/17 | 116 | Capital One, N.A. | | 7100-000 | | 1,237.37 | 13,770.67 |
| 11/01/17 | 117 | Capital One, N.A. | | 7990-000 | | 10.52 | 13,760.15 |
| 11/01/17 | 118 | Nicor**** | | 7100-000 | | 119.49 | 13,640.66 |
| 11/01/17 | 119 | Nicor**** | | 7990-000 | | 1.02 | 13,639.64 |
| 11/01/17 | 120 | LVNV Funding, LLC its successors and assigns as | | 7100-000 | | 869.09 | 12,770.55 |
| 11/01/17 | 121 | LVNV Funding, LLC its successors and assigns as | | 7990-000 | | 7.39 | 12,763.16 |
| 11/01/17 | 122 | American InfoSource LP as agent for | | 7100-000 | | 310.91 | 12,452.25 |
| 11/01/17 | 123 | American InfoSource LP as agent for | | 7990-000 | | 2.64 | 12,449.61 |
| 11/01/17 | 124 | eCAST Settlement Corporation, assignee | | 7100-000 | | 5,647.11 | 6,802.50 |
| 11/01/17 | 125 | Sheanna Donnelli | | 8200-002 | | 6,871.38 | -68.88 |
| 11/03/17 | | From Account #******9667 | transfer for disbursements | 9999-000 | 68.88 | | 0.00 |

Subtotals : $93,833.00  $93,833.00

{} Asset reference(s)  
Printed: 12/19/2017 10:21 AM  V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-83860 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | DONNELLI, JAMES JOSEPH | | **Bank Name:** | Rabobank, N.A. |
| | DONNELLI, SHEANNA MARIE | | **Account:** | ******9666 - James' Checking Account |
| **Taxpayer ID #:** | **-***3747 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 12/19/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 93,833.00 | 93,833.00 | $0.00 |
| | | | Less: Bank Transfers | | 28,833.00 | 0.00 | |
| | | | **Subtotal** | | 65,000.00 | 93,833.00 | |
| | | | Less: Payments to Debtors | | | 21,871.38 | |
| | | | **NET Receipts / Disbursements** | | **$65,000.00** | **$71,961.62** | |

{} Asset reference(s)                                                                                       Printed: 12/19/2017 10:21 AM   V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 12-83860 | **Trustee:** | JOSEPH D. OLSEN (330400) | |
| **Case Name:** | DONNELLI, JAMES JOSEPH | **Bank Name:** | Rabobank, N.A. | |
| | DONNELLI, SHEANNA MARIE | **Account:** | ******9667 - Sheanna's Checking Accoun | |
| **Taxpayer ID #:** | **-***3747 | **Blanket Bond:** | $1,500,000.00  (per case limit) | |
| **Period Ending:** | 12/19/17 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/24/17 | {13} | ISMIE Mutual Insurance Company | settlement per order in compromise | 1129-000 | 87,000.00 | | 87,000.00 |
| 07/26/17 | 101 | Clifford Law Offices PC | per court order 06/07/2017 | 3210-600 | | 29,000.00 | 58,000.00 |
| 07/26/17 | 102 | Clifford Law Offices PC | per court order 06/07/2017 | 3220-610 | | 11,137.85 | 46,862.15 |
| 07/26/17 | 103 | Sheanna Donnelli | per court order 06/07/2017 | 8100-002 | | 18,000.00 | 28,862.15 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.15 | 28,833.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.88 | 28,764.12 |
| 10/31/17 | | To Account #******9666 | Transfer balance of funds for final distributions | 9999-000 | | 28,764.12 | 0.00 |
| 11/01/17 | | RABOBANK, NA | SERVICE FEE CREDIT ADJUSTMENT | 2600-000 | | -68.88 | 68.88 |
| 11/03/17 | | To Account #******9666 | transfer for disbursements | 9999-000 | | 68.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 87,000.00 | 87,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 28,833.00 | |
| | | | **Subtotal** | | 87,000.00 | 58,167.00 | |
| | | | Less: Payments to Debtors | | | 18,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$87,000.00** | **$40,167.00** | |

| | |
|---|---:|
| Net Receipts : | 152,000.00 |
| Less Payments to Debtor : | 39,871.38 |
| Net Estate : | $112,128.62 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **Checking # ******9666** | 65,000.00 | 71,961.62 | 0.00 |
| **Checking # ******9667** | 87,000.00 | 40,167.00 | 0.00 |
| | $152,000.00 | $112,128.62 | $0.00 |

{} Asset reference(s)